■ In the Matter of SAUL MIZRAHI, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [595 NYS2d 331] —Proceeding pursuant to Executive Law § 298, to review a determination of the State Division of Human Rights, dated April 20, 1990, which, after a hearing, dismissed the petitioner's complaint alleging an unlawful discriminatory practice.

Adjudged that the determination is confirmed and the pro-

ceeding is dismissed on the merits, without costs or disbursements.

The determination dismissing the petitioner's complaint, as amended, is supported by substantial evidence *(see, Matter of Talt v State Div. of Human Rights,* 156 AD2d 569; *State Div. of Human Rights v YMCA of Greater N. Y.,* 139 AD2d 440; *Matter of Watts v State Div. of Human Rights,* 105 AD2d 1044).* Bracken, J. P., Lawrence, Eiber and Pizzuto, JJ., concur.